**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1586**

---

In re: WILLIAM WHITTMAN,

Petitioner.

---

On Petition for Writ of Mandamus.  (1:21-cv-03156-JRR)

---

Submitted:  July 21, 2022                                   Decided:  July 26, 2022

---

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

William Whittman, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Whittman petitions for a writ of mandamus seeking an order directing the district court to reverse its order of arbitration.  We conclude that Whittman is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).  Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires."  *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

Mandamus may not be used as a substitute for appeal.  *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).  The relief sought by Whittman is not available by way of mandamus.  Accordingly, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*